IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

STATE OF OREGON,

          Plaintiff,

v.

FERNANDO MORALES, JR.,

          Defendant.

No. 1:16-cv-00619-CL

**JUDGMENT OF REMAND**

Based on the record, this matter is immediately REMANDED to the Circuit Court for Klamath County for further proceedings. This matter is DISMISSED with prejudice in this Court.

IT IS SO ORDERED.

DATED this ___10___ day of August, 2016.

          _/s/ Owen M. Panner_
          OWEN PANNER
          U.S. DISTRICT JUDGE